UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARI ENGEN, | CASE NO. 25-cv-00257-JHC |
| Plaintiff, | ORDER |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

      Before the Court is the parties' Stipulated Protective Order. Dkt. # 12. The local rules provide that "[p]arties that wish to depart from [this District's] model [protective] order must provide the court with a redlined version identifying departures from the model." LCR 26(c)(2). Here, the parties have neither provided a redlined version of this District's model protective order nor stated that their proposed stipulated protective order does not depart from the District's model order. *See generally* Dkt. # 12. Instead, the proposed order merely says, "the parties acknowledge that this agreement is consistent with LCR 26(c)." *Id.* at 1. Accordingly, the Court ORDERS the parties to file immediately a redlined version of their stipulated protective order that identifies any departures from the District's model protective order.

ORDER - 1

Dated this 10th day of June, 2025.

                                              John H. Chun
                                              United States District Judge

ORDER - 2