UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARI ENGEN, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>  Defendant. | No. 2:25-cv-00257-JHC<br><br>STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>July 25, 2025 |

### I.  STIPULATION

Plaintiff Mari Engen and defendant State Farm Fire and Casualty Company stipulate and agree to move the court for an order continuing the trial date and certain pretrial deadlines for three months. Despite diligent efforts, the parties have been unable to schedule needed depositions. For example, the deposition of a central adjuster was postponed last week due to events in State Farm's counsel's personal life. The parties have been working together to schedule State Farm's Fed. R. Civ. P. 30(b)(6) deposition soon. The parties do not anticipate a need for another trial continuance. The parties propose a trial date of June 22, 2026, with the remaining, revised pretrial dates as follows:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for amended pleadings | August 18, 2025 | November 17, 2025 |
| Reports from expert witness Under FRCP 2(a)(2) due | August 18 2025 | November 17, 2025 |
| Disclosure of rebuttal expert testimony FRCP 26(a)(2)(D)(ii) | September 15, 2025 | December 15, 2025 |
| All Motions related to discovery must be filed by (LCR 7(d)) | September 17, 2025 | December 17, 2025 |
| Discovery completed by | October 17, 2025 | January 16, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | November 17, 2025 | February 17, 2026 |
| Settlement conference held no later than (see LCR 39.1 (b)(5) if parties are interested in pro bono mediation | January 15, 2026 | April 16, 2026 |
| All motions in limine must be filed by (all motions in limine shall be filed as one motion) | February 2, 2026 | May 4, 2026 |
| Agreed pretrial order due | February 23, 2026 | May 25, 2026 |
| Deposition Designation must be submitted to the court (not filed on CM/ECF) by: (LCR 32(e)) | February 25, 2026 | May 27, 2026 |
| Pretrial conference to be held at 1:30 pm on | March 2, 2026 | June 1, 2026 |
| Trial Briefs, proposed voir dire, jury instructions by | March 9, 2026 | June 8, 2026 |

RESPECTFULLY SUBMITTED July 25, 2025.

RUIZ & SMART LLP

By: s/ *Brenna Pink Pampena*
Isaac Ruiz, WSBA #35237
Brenna Pink Pampena, WSBA #62986

STIPULATED MOTION TO CONTINUE
TRIAL AND PRETRIAL DEADLINES AND
ORDER
(No. 2:25-cv-00257-JHC) - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*Attorneys for Mari Engen*
901 Fifth Avenue, Ste. 820
Seattle, WA 98164
Phone: 206-203-9100
iruiz@ruizandsmart.com
bpinkpampena@ruizandsmart.com

KENNEDYS CMK LLC

By: s/*Terri A. Sutton*
Terri A. Sutton, WSBA # 44842
*Attorneys for State Farm Casualty Company*
1420 Fifth Avenue, Ste. 2200
Seattle, WA 98101
Phone: 564-224-9101
terri.sutton@kennedyslaw.com

STIPULATED MOTION TO CONTINUE
TRIAL AND PRETRIAL DEADLINES AND
ORDER
(No. 2:25-cv-00257-JHC) - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**ORDER**

Pursuant to the foregoing stipulation of the parties, the Court GRANTS the motion and CONTINUES trial in this matter to June 22, 2026. The Court DIRECTS the Clerk to enter a case scheduling order that sets deadlines consistent with the Court's standard pretrial schedule.

IT IS SO ORDERED.

Dated this 25th day of July, 2025.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE