UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARI ENGEN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　Defendant. | Case No. 2:25-cv-00257 JHC<br><br>STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND REMAINING PRETRIAL DEADLINES |

## I.　STIPULATION

The parties in this matter stipulate and agree to move the court for an Order continuing the trial date and the remaining pre-trial deadlines for an additional two months to allow additional time to facilitate mediation and potential settlement discussions. Following exchange of expert opinions, the parties have substantive reason to believe ADR is likely to be successful. Therefore, the parties propose a trial date of August 24, 2026, with the remaining revised pretrial dates as follows:

STIPULATION & ORDER - 1

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| All Motion related to discovery | December 24, 2025 | February 25, 2026 |
| Discovery completed by | January 23, 2026 | March 27, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | February 23, 2026 | April 27, 2026 |
| Settlement conference held no later than (see LCR 39.1 (b)(5) if parties are interested in pro bono mediation | April 23, 2026 | June 25, 2026 |
| All motions in limine must be filed by (all motions in limine shall be filed as one motion) | May 11, 2026 | July 13, 2026 |
| Agreed pretrial order due | June 1, 2026 | August 3, 2026 |
| Deposition Designation must be submitted to the court (not filed on CM/ECF) by: (LCR 32(e)) | June 3, 2026 | August 5, 2026 |
| Pretrial conference to be held at 1:30 pm on | June 8, 2026 | August 10, 2026 |
| Trial briefs, proposed voir dire, jury instructions by | June 15, 2026 | August 17, 2026 |

STIPULATION & ORDER - 2

RESPECTFULLY SUBMITTED December 24, 2025.

        RUIZ & SMART LLP

By: *s/Isaac Ruiz*
Isaac Ruiz, WSBA #35237
Brenna Pink Pampena, WSBA #62986
*Counsel for Mari Engen*
901 Fifth Avenue, Ste 820
Seattle, WA 98164
Phone: 206-203-9100
Email: iruiz@ruizandsmart.com
bpinkpampena@ruizandsmart.com

        KENNEDYS CMK LLC

By: *s/Terri Sutton*
Terri A. Sutton, WSBA # 44842
*Attorney for State Farm Casualty Company*
1420 Fifth Avenue, Ste 2200
Seattle, WA 98101
Phone: 564-224-9101
Email: terri.sutton@kennedyslaw.com

STIPULATION & ORDER - 3

## ORDER

In light of the Court's schedule, trial in this matter is CONTINUED to September 21, 2025. The Court DIRECTS the Clerk to issue a case scheduling order that reflects the Court's standard pretrial schedule.

IT IS SO ORDERED

Dated this 29th day of December 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER - 4