# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

MARI ENGEN, an individual,

      Plaintiff,

    v.

STATE FARM FIRE AND CASUALTY COMPANY,

      Defendant.

Case No. 2:25-cv-00257-JHC

**STIPULATION FOR AND ORDER OF DISMISSAL**

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties signing below that based on a settlement that has been achieved between the parties, all claims in this action have been settled, and this action should be dismissed without prejudice and without fees or costs to either party.

DATED this 22rd day of April, 2026.

By:

/s/ *Terri A. Sutton*
Terri A. Sutton, WSBA #44842
KENNEDYS CMK LLP
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: (564) 224-9101
Attorney for Defendant

By:

/s/ *Brenna P. Pampena*
Issac Ruiz, WSBA # 35237
Brenna P. Pampena, WSBA #62986
RUIZ & SMART, LLP
901 5th Avenue, Suite 820
Seattle, WA 98164
Telephone: (509) 252-5048
Attorney for Plaintiff

1
STIPULATION FOR AND ORDER OF DISMISSAL

## **ORDER OF DISMISSAL**

This matter came before the Court on the parties' stipulation for dismissal. On the basis of the parties' stipulation, the Court DISMISSES this lawsuit without prejudice and without fees or costs to either party.

DATED this 22nd day of April, 2026.


_John H. Chun_____
JOHN H. CHUN
United States District Judge

2
STIPULATION FOR AND ORDER OF DISMISSAL